```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 25, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Saleh Holdings Group, Inc.,

                Plaintiff,

-against-


Elisa Dreier,
                Defendent.
------------------------------------------------------X

1: 09 Civ. 6269 (PAC)
ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record following the pre-motion conference held on Tuesday, August 25, 2009, this case is referred to the Bankruptcy Court for the Southern District pursuant to the standing order[1] dated July 10, 1984.

Dated: New York, New York
        August 25, 2009

SO ORDERED

*Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

---

[1] The July 10, 1984 standing order issued by Chief Judge Robert J. Ward is annexed to this order.

1

M-10-468

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

So Ordered,

_____
ROBERT J. WARD
Acting Chief Judge

July 10, 1984

MICROFILM